IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Criminal No 4:18-CR-73 ALM |
| | § | |
| MIGUEL ANGEL CEBALLOS, JR (2) | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATON
OF UNITED STATES MAGISTRATE JUDGE**

Before the Court is a Report and Recommendation of the United States Magistrate Judge regarding Defendant's competency for trial. The parties have not filed objections to the Report.

Having conducted an independent review, the Court concludes that Defendant is competent to stand trial because Defendant is able to understand the nature and consequences of the proceedings against him, and able to assist his attorney in his defense.

It is therefore **ORDERED** that the Report and Recommendation of the United States Magistrate Judge on Defendant's competency to stand trial is **ADOPTED**. It is further **ORDERED** that Defendant, Miguel Angel Ceballos, Jr., is competent. The speedy trial time is excluded from October 4, 2018, until the date of this Order.

**SIGNED this 6th day of March, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE